# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| USA Satellite & Cable, Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> Casco Bay Holdings, LLC, <br><br> Defendant(s). | Case No. 15 C 6331 <br> Judge Amy J. St. Eve |

## ORDER

Because the parties did not object to the Magistrate Judge's January 9, 2018 Report and Recommendation in relation to Plaintiff's motion to enforce the settlement agreement within 14 days, the Court adopts the Magistrate Judge's Report and Recommendation as unopposed. See Fed.R.Civ. 72(b)(2). [206]. Plaintiff's motion to enforce settlement agreement [184] is denied.

Date: 2/1/2018

Amy J. St. Eve
United States District Judge